# IN THE UNITED STATES DISTRICT COURT
# FOR THE FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| YURY LOGINOV, individually and on behalf of All Others Similarly Situated, | ) ) ) | Civil Action No: 24-cv-5221 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CDK GLOBAL, LLC | ) ) ) | |
| Defendant. | ) ) | |
| EUGENE BURAGA, individually and on behalf of All Others Similarly Situated, | ) ) ) | Civil Action No: 24-cv-5273 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CDK GLOBAL, LLC | ) ) ) | |
| Defendant. | ) ) | |
| OMAR AVILES, individually and on behalf of All Others Similarly Situated, | ) ) ) | Civil Action No: 24-cv-5356 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CDK GLOBAL, LLC | ) ) ) | |
| Defendant. | ) ) | |
| CAROL BERMAN, individually and on behalf of All Others Similarly Situated, | ) ) ) | Civil Action No: 24-cv-5360 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CDK GLOBAL, LLC | ) ) ) | |
| Defendant. | ) ) | |

1

| | | |
|---|---|---|
| COBY HESTER, individually and on behalf of All Others Similarly Situated, | ) ) ) | Civil Action No: 24-cv-5377 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CDK GLOBAL, LLC | ) ) | |
| Defendant. | ) ) | |
| TOM KALLAS, individually and on behalf of All Others Similarly Situated, | ) ) ) | Civil Action No: 24-cv-5384 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CDK GLOBAL, LLC | ) ) | |
| Defendant. | ) ) | |
| DUSTIN LEEBERG, individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No: 24-cv-5589 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CDK GLOBAL, LLC | ) ) | |
| Defendant. | ) ) | |
| MICHAEL PAUL CARVELLI et al., individually and on behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No: 24-cv-5991 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CDK GLOBAL, LLC | ) ) | |
| Defendant. | ) ) | |

2

| | |
|---|---|
| RONALD PROTO, individually and on behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) CDK GLOBAL, LLC ) ) Defendant. ) ) | Civil Action No: 24-cv-6168 |
| VICTORIA COOMBS AND BRIAN JURGENSMEYER, individually and on behalf of All Others Similarly Situated, ) ) ) Plaintiffs, ) ) v. ) ) CDK GLOBAL, LLC ) ) Defendant. ) | Civil Action No: 24-cv-8365 |

## **ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE**

THIS MATTER, having come before the Court by Plaintiffs Yuriy Loginov, Eugene Buraga, Omar Aviles, Carol Berman, Tom Kallas, Adrian Aguilar, Dorie Leland, Bill Mussey, Marilyn Whitehead, Cassandra Gilleylen-Bowens, Megan Zumbach, Hans Stiritz, William T. Stiritz, John G. Stiritz, Coby Hester, Dustin Leeberg, Michael Paul Carvelli, Michael Robert Carvelli, Christopher Gordish, Bradley White, Ronald Proto, Victoria Coombs, and Brian Jurgensmeyer (collectively, "Plaintiffs"), by their Motion to Consolidate pursuant to Fed. R. Civ. P. 42(a), and supporting materials, and the Court having read the papers, IT IS ORDERED that the Motion is GRANTED as set forth below:

1. The Court hereby consolidates the following cases, as well as any future related actions filed on behalf of consumers: *Loginov v. v. CDK Global, LLC*, No. 1:24-cv-05221(N.D. Ill.);

3

*Buraga v. CDK Global, LLC*, No.1:24-cv-05273 (N.D. Ill.); *Aviles v. CDK Global, LLC*, No. 1:24-cv-05356 (N.D. Ill.); *Berman v. CDK Global, LLC*, No. 1:24-cv-05360 (N.D. Ill.); *Hester v. CDK Global, LLC*, No. 1:24-cv-05377 (N.D. Ill.); *Kallas et al v. CDK Global, LLC*, No. 1:24-cv-05384 (N.D. Ill.); *Leeberg v. CDK Global, LLC*, No. 1:24-cv-05589 (N.D. Ill.); *Carvelli et al v. CDK Global, LLC*, No. 1:24-cv-05991 (N.D. Ill.); *Proto v. CDK Global, LLC*, No. 1:24-cv-06168 (N.D. Ill.); and *Coombs et al. v. CDK Global, LLC*, No. 1:24-cv-08365 (N.D. Ill.) (collectively, "Consumer Actions").

    2.    The files of the Consumer Actions shall be maintained under the Master File Case No. 1:24-cv-05221, the docket number assigned to the first-filed case, and be recaptioned *In re CDK Global Data Security Consumer Litigation*.

    3.    The Clerk shall administratively close the other actions.

    4.    Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consumer Actions and that raises the same or similar claims shall be consolidated. Counsel for the plaintiffs in the Consumer Actions shall file a Notice of Related Action whenever a case that should be consolidated is filed and served in, transferred to, or removed to this District.

    5.    If the Court determines that the case is related, the clerk shall:

        a.    Place a copy of this Order in the separate file for such action;

        b.    Serve on Plaintiffs' counsel in the new case a copy of this Order;

        c.    Direct that this Order be served upon Defendant(s) in the new case;

        d.    Make appropriate entry in the docket;

        e.    Administratively close the new case; and

    f.  Consolidate the new case under the caption *In re CDK Global Data Security Consumer Litigation*, Case No. 1:24-cv-05221.

6. Plaintiffs' counsel may file any applications for the appointment of interim class counsel in the Consumer Actions, no later than fourteen (14) days after entry of this Order.

7. Interim class counsel shall file a consolidated complaint within 45 days of an order appointing interim class counsel. CDK shall have 45 days to respond to the consolidated complaint. If the response is a motion to dismiss, Plaintiffs shall have 30 days to submit an opposition, and CDK shall have 30 days to submit a reply.

Date: October 25, 2024

**IT IS SO ORDERED.**

_____
Hon. Jeffrey I. Cummings
United States District Court Judge