**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Yuriy Loginov, et al.
                          Plaintiff,

v.                                           Case No.: 1:24−cv−05221
                                                  Honorable Jeffrey I Cummings

CDK Global, LLC
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 3, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiffs' unopposed motion to appoint plaintiffs' proposed leadership structure [50] is granted. Enter Order Appointing Interim Co−Lead Counsel. Pursuant to that Order, plaintiffs#039; consolidated amended complaint shall be filed by 4/18/25. Defendant shall answer or otherwise plead by 6/3/25. By 5/2/25, the parties shall file a joint joint initial status report in accordance with the template available on the Court's website under the case management procedure titled "Initial Status Report for Newly Filed Cases." The 3/3/25 tracking status hearing is stricken and re−set to 5/19/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.